# Third District Court of Appeal

## State of Florida

Opinion filed October 30, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0203
Lower Tribunal No. 21-10969
_____

## Jessica Palter, etc., et al.,
Appellants,

vs.

## Sunset Palm Villas Condominium Association, Inc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

The Law Firm of Arianna M. Mendez, PLLC, and Arianna M. Mendez, for appellants.

Koss Law Firm, P.A., and Jeremy A. Koss, for appellee.

Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

"Because 'only competent evidence may be considered by the court in ruling upon a motion for summary judgment,' a document attached to a

motion for summary judgment or a document attached to an affidavit that is not otherwise authenticated is not competent evidence." Hatoum v. Citizens Prop. Ins. Corp., 299 So. 3d 519, 519 (Fla. 3d DCA 2020) (quoting Gidwani v. Roberts, 248 So. 3d 203, 208 (Fla. 3d DCA 2018)). See also Fla. R. Civ. P. 1.510(c)(2) ("A party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence.").

Affirmed.